IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **HOWARD HAWKINS** | § | |
| *Plaintiffs*, | § | |
| | § | |
| | § | |
| **ACE AMERICAN INSURANCE** | § | |
| **COMPANY** | § | |
| *Intervenor* | § | |
| | § | **Civil Action No. 2:17-cv-00260** |
| v. | § | |
| | § | |
| **THE ESTATE OF JACK FRANZINO** | § | |
| **AND STATE FARM MUTUAL** | § | |
| **AUTOMOBILE INSURANCE** | § | |
| **COMPANY** | § | |
| *Defendants*. | § | |

**STIPULATION AND MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff HOWARD HAWKINS, through his counsel of record, hereby stipulates and requests that the Court order as follows:

(1)   All claims and defenses asserted by Plaintiff HOWARD HAWKINS, Intervenor ACE AMERICAN INSURANCE COMPANY and Defendant THE ESTATE OF JACK FRANZINO in the above case shall be DISMISSED **with prejudice**;

(2)   HOWARD HAWKINS, ACE AMERICAN INSURANCE COMPANY and THE ESTATE OF JACK FRANZINO each shall bear their own costs and attorneys' fees.

**Dated: August 9, 2018**

        Respectfully submitted,

        /s/ Shane McGuire
        **SHANE MCGUIRE**
        State Bar No. 24055940
        THE MCGUIRE FIRM, PC
        102 N. College St., Suite 301
        Tyler, Texas 75702
        Phone: 903-630-7154
        Fax: 903-630-7173
        shane@mcguirefirm.com

        /s/Keith Miller
        **KEITH MILLER**
        State Bar No: 14093750
        LAW OFFICE OF KEITH MILLER
        100 E. Ferguson, Suite 101
        Tyler, Texas 75702
        Phone: 903-597-4090
        Fax: 903-597-3692
        keith@5974090.net
        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on **August 9, 2018**:

        /s/ Shane McGuire
        Shane McGuire