IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| HOWARD HAWKINS, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | No. 2:17-CV-00260-RSP |
| THE ESTATE OF JACK FRANZINO and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | | |
| Defendants. | | |

**ORDER**

In light of the parties' stipulations to dismiss, *see* Stipulations [Dkt. # 57, 58], the Court **DISMISSES**:

(1) any and all claims asserted by Plaintiff Howard Hawkins against Defendant State Farm Mutual Automobile Insurance Company **WITHOUT PREJUDICE**; and

(2) all claims and defenses asserted by Plaintiff Howard Hawkins, Intervenor Ace American Insurance Company, and Defendant The Estate of Jack Franzino, against one another in this case **WITH PREJUDICE**.

Each of the parties must bear its own costs and attorney's fees incurred in connection with this action.

The Court **ORDERS** the District Clerk to close this case.

**SIGNED** this 14th day of August, 2018.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE